Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>       vs.<br><br>EVAN LOUIS KRIECHBAUM,<br><br>              Defendant. | No. 3:20-mj-00178<br><br>DEFENDANT'S WAIVER OF RIGHT TO INDICTMENT WITHIN 18 U.S.C. 3161(B) TIME PERIOD |

Defendant Evan Kriechbaum, through his attorney Matthew G. McHenry, gives notice that he knowingly, voluntarily, and expressly waives his rights pursuant to Title 18, United States Code, Section 3161(b), to speedy indictment and indictment within 30 days from the date of his first appearance on the complaint.  Mr. Kriechbaum's first appearance occurred on July 30, 2020, at which time he orally waived his right to speedy indictment for a period of 60 days, through September 30, 2020.  PACER Docket No. 3.  On September 24, 2020, Mr. Kriechbaum filed a written

waiver of his right to speedy indictment for an additional 60 days, through November 29, 2020. PACER Docket No. 7. By this filing, Mr. Kreichbaum waives his right to speedy indictment for an additional 60 days from November 29, 2020, through January 28, 2021.

Respectfully Submitted this 13th day of November, 2020:

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Counsel for Evan Kriechbaum