Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:20-mj-00178 |
|---|---|
| Plaintiff, | ) UNOPPOSED MOTION TO |
| vs. | ) CONTINUE ARRAIGNMENT DATE |
| EVAN LOUIS KRIECHBAUM, | ) |
| Defendant. | ) |

Defendant Evan Kriechbaum, through his attorney Matthew G. McHenry, moves to postpone his arraignment, currently set for November January 19, 2021, until April 12, 2021, or a date thereafter convenient to the Court and government. The government does not oppose this motion.

Respectfully Submitted this 19th day of January, 2021:

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Counsel for Evan Kriechbaum