SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00178 |
| v. | MOTION TO DISMISS COMPLAINT |
| EVAN LOUIS KRIECHBAUM, | WITH PREJUDICE |
| Defendant. | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 30, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interest of justice.

Dated: April 5, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney