Certified to be a true and correct copy of original filed in this District

Dated: __04/05/2021__

**MARY L. MORAN, Clerk of Court**
U.S. District Court of Oregon

By: _s/S. Sellers_____

Pages ___1____   Through ___1____

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00178 |
| v. | ORDER DISMISSING COMPLAINT WITH PREJUDICE |
| EVAN LOUIS KRIECHBAUM, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Complaint, charging the defendant with violating 18 U.S.C. § 111(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Complaint, charging the defendant with violating 18 U.S.C. § 111(a)(1) in the above-captioned matter is DISMISSED with prejudice.

Dated: April __5__, 2021

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

_s/ Parakram Singh_____
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney